In the Matter of PETER J. BRENNAN et al., Copartners under the Firm Name of P. J. BRENNAN & SON, Respondents, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

(Submitted February 13, 1929; decided March 19, 1929.)

*George P. Nicholson, Corporation Counsel* (*Elliot S. Benedict, Denis R. O'Brien* and *J. Joseph Lilly* of counsel), for appellants.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.